

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00189-CV

Gustavo **OBREGON**,
Appellant

v.

Rudolfo **MERCADO** and Carlos Mercado,
Appellees

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2012CVD00029-L1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Gustavo Obregon, bear all costs of this appeal.

SIGNED June 5, 2013.

_____
Luz Elena D. Chapa, Justice